UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAROLD FORD, | ) |
| Movant, | ) |
| v. | ) No. 4:14CV197 RWS |
| TROY STEELE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Movant has submitted a motion to vacate sentence under 28 U.S.C. § 2255. The motion is unsigned. Rule 2(b)(5) of the Rules Governing § 2255 Cases requires that all § 2255 motions be signed under penalty of perjury. As a result, the Court will order the Clerk to mail a copy of the motion to movant. And movant will be directed to sign and return the motion within thirty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to movant a copy of his motion to vacate sentence.

**IT IS FURTHER ORDERED** that movant must sign his § 2255 motion and return it to the Court within **30 days of the date of this Order**.

Dated this 5th day of February, 2014.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE